NO. 07-09-0352-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 24, 2009
_____

STEVE HALL, APPELLANT

V.

BILLY SCRIBNER, APPELLEE
_____

FROM THE COUNTY COURT OF GRAY COUNTY;

NO. 3842; HONORABLE RICHARD D. PEET, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Pending before the Court is a motion of appellant Steve Hall indicating he desires to dismiss his appeal. The motion contains a certificate of service stating a copy was sent to appellee, and, more than ten days having expired since its filing, we have no indication appellee opposes the motion. Accordingly, because no decision of the Court has been delivered to date in the appeal and the motion complies with the requirements of Rule 42.1(a), we grant the motion. Tex. R. App. P. 42.1. The appeal is dismissed.

Because we have disposed of this appeal at the appellant's request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.


James T. Campbell
Justice